IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANDREW P. DICKHUTE,             )
                                )
              Petitioner,       )      8:07CV30
                                )
       v.                       )
                                )
R. DAVID PAULISON, Director,    )      ORDER
FEDERAL EMERGENCY MANAGEMENT    )
AGENCY, and MICHAEL CHERTOFF,   )
Secretary, DEPARTMENT OF        )
HOMELAND SECURITY,              )
                                )
              Respondents.      )
_____)
```

      This matter is before the Court on its own motion pursuant to 28 U.S.C. § 455(a) which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and counsel in this case,

      IT IS ORDERED that the undersigned judge recuses himself and requests this action be reassigned.

      DATED this 26th day of January, 2007.

                                BY THE COURT:

                                /s/ Lyle E. Strom
                              _____
                                LYLE E. STROM, Senior Judge
                                United States District Court