IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANDREW P. DICKHUTE, | ) | CASE NO. 8:07CV30 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER OF DISMISSAL |
| | ) | |
| R. DAVID PAULISON, Director of the FEDERAL EMERGENCY MANAGEMENT AGENCY, and MICHAEL CHERTOFF, Secretary of the DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Joint Motion and Stipulation for Dismissal (Filing No. 17). The motion complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and should be granted. Accordingly,

IT IS ORDERED:

1. The Joint Motion and Stipulation for Dismissal (Filing No. 17) is granted;

2. The pending motions (Filing Nos. 13 and 15) are dismissed as moot;

3. The Complaint and all claims in this matter are dismissed with prejudice;

4. The parties will pay their own costs and attorney's fees.

DATED this 9th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge